[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12135
Non-Argument Calendar

_____

D.C. Docket No. 1:18-cr-20919-JEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAMION HAWTHORNE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 13, 2020)

Before ED CARNES, Chief Judge, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

Bonnie Phillips-Williams, appointed counsel for Damion Hawthorne in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hawthorne's conviction and sentence are **AFFIRMED**.